UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM VIDAL, <br><br> Plaintiff, <br><br> vs. <br><br> MEDALLION SECURITY DOOR AND WINDOW COMPANY, INC., et al, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:16-CV-594-WCO |

## J U D G M E N T

This action having come before the court, Honorable William C. O'Kelley, Senior United States District Judge, for a show cause hearing and the plaintiff having failed to appear as directed, it is

**Ordered and Adjudged** that the civil action be, and the same hereby, is **DISMISSED** for want of prosecution.

Dated at Atlanta, Georgia, this 1st day of September, 2016.

JAMES N. HATTEN
CLERK OF COURT

By: s/Stacey Kemp
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  September 1, 2016
James N. Hatten
Clerk of Court

By:    s/Stacey Kemp
          Deputy Clerk